■ Dun & Bradstreet, Inc., Respondent, v. Niagara Plastic Molds, Inc., Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before February 22, 1960.

■ The People of the State of New York, Respondent, v. Con Ryan, Appellant.— Motion held. The papers indicate that the appeal was not timely taken but the matter has not been clearly presented as there has been no motion by the District Attorney to dismiss the appeal. The motion before us is held until March 1, 1960, to give the District Attorney an opportunity to move to dismiss the appeal or to take such other action as he may be advised. (See *People* v. *Stottlemeyer*, 9 A D 2d 1022.)

■ The People of the State of New York, ex rel. Larry F. Leyda, Appellant, against Robert E. Murphy, as Warden of Auburn Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Willie B. Jones, Appellant.— Motion to dismiss appeal denied; motion granted to appeal on certified copy of judgment roll, etc., Thomas J. Ryan, Esq. assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include March 1960 Term of court.

■ The People of the State of New York, Respondent, v. Albert Neverosky, Appellant.— Motion to reargue motion to appeal as a poor person denied; appeal dismissed unless printed records and briefs are filed and served on or before February 15, 1960.

■ In the Matter of Alfred J. Bentley, Appellant, against Anthony A. Henninger, as Mayor of the City of Syracuse, Respondent.— Time for argument of appeal enlarged to and including March 1960 Term of court; respondent must file and serve brief on or before February 15, 1960, or the brief will not subsequently be accepted by this court.

■ In the Matter of Niagara Mohawk Power Corp., Respondent, against City of Fulton et al., Respondents and Edith Ranieri et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ The People of the State of New York, Respondent, v. Albert A. Neverosky, Appellant.— Motion granted and appeal from order of January 8, 1959 dismissed.